# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| BILL DEARMON, )<br>)<br>   Plaintiff, )<br>vs. )<br>)<br>ENVISION PAYMENT SOLUTIONS, )<br>INC., )<br>)<br>   Defendant. )<br>_____ ) | Civil Action File No. |

## DEFENDANT'S NOTICE OF REMOVAL

**TO:** THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ROME DIVISION and

Robert Kaiden
Cristina Kaiden
Kaiden & Kaiden , LLC
225 Creekstone Ridge
Woodstock, Georgia 30188

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446(a) and (b), the Defendant Envision Payment Solutions, Inc., hereby removes this case to the United States District Court for the Northern District of Georgia, Rome Division based on the following grounds:

1.  This action is removable to the United States District Court under 28 U.S.C. §§ 1331 and 1441 on the grounds of federal question jurisdiction, in that the

complaint purports to allege a cause of action under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*.

2. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days after Defendant's receipt of the initial pleadings setting forth the claim for relief upon which this action is based.

3. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are copies of the following documents, which are all the process, pleadings and orders received by one or more Defendants in this action, to wit: documents bates numbered 1 through 18.

4. Upon receipt of this Notice, no further action shall be taken in the Superior Court of Paulding County, State of Georgia.

5. By filing this Notice of Removal, the Defendant demonstrates its consent to the removal of the case to this Court.

Respectfully submitted this 20th day of June, 2011.

**BEDARD LAW GROUP, P.C.**

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D

- 3 -

Duluth, Georgia 30097
Telephone: (678) 253-1871
Facsimile: (678) 253-1873
jbedard@bedardlawgroup.com
mchapman@bedardlawgroup.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| BILL DEARMON, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| vs. ) | |
| ) | |
| ENVISION PAYMENT SOLUTIONS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing Defendant's Notice of Removal in the United States District Court for the Northern District of Georgia, Rome Division by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Robert Kaiden
Cristina Kaiden
Kaiden & Kaiden , LLC
225 Creekstone Ridge
Woodstock, Georgia 30188

Respectfully submitted this 20th day of June, 2011.

**BEDARD LAW GROUP, P.C.**

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145
John H. Bedard, Jr.
Georgia Bar No. 043473